Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX003497
Cashier ID: sq
Transaction Date: 08/14/2007
Payer Name: KRAVIT HOVEL KRAWCZYK

---

CIVIL FILING FEE
For: KRAVIT HOVEL KRAWCZYK
Amount: $350.00

---

CREDIT CARD
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

07-CV-1717

A fee of $45.00 will be assessed on any returned check.