UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

BONNIE BRUNET, et al.,

Plaintiffs,

Civil Action No. 07-CV-01717

vs.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.,

Defendants.

---

**CERTIFICATE OF MAILING**

---

I hereby certify that on September 7, 2007, I electronically filed a Waiver of Service of Summons with the Clerk of Court using the CM/ECF system.

Dated: September 7, 2007.

s/Joseph S. Goode

Joseph S. Goode
Attorney for Plaintiffs
KRAVIT, HOVEL & KRAWCZYK, S.C.
825 N. Jefferson St.
Milwaukee, WI 53202
Telephone: (414) 271-7100
Facsimile: (414) 271-8135
goode@kravitlaw.com