IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01717-EWN-KLM

BONNIE BRUNET,
MARTIN RIST,
JOSEPH GIVSON,
J&D QUALITY ENTERPRISES, LLC,
BRADLEY P. SHELTON,
BPS ENTERPRISES, INC.,
MICHAEL J. CAMPBELL,
PATTY CAMPBELL,
FRESH PERSPECTIVES, INC.,
THOMAS HAYWOOD,
JASON HAYWOOD,
JASON THOMAS, INC., D/B/A QUIZNOS SUB,
DANIEL S. KESSELS,
PHUONG T. NGUYEN,
GRATEFUL D, INC.,
JOHN MCCARTHY,
JONATHON SEQUEIRA,
MCJON, INC.,
JAMES M. TULLY,
KIND OF BLUE, INC.,
DAVID M. POLLOCK,
TINA POLLOCK,
NICHOLAS J. POLLOCK,
WESTHAMPTON ENTERPRISES LLC,
JOHN F. MERRY,
THOMAS E. MERRY,
MSQUARED 1, INC.,
JOHN E. VIRGILI,
UNIVERSAL FOODS, INC.,
DAVID M. RONAN,
TERRANCE M. CASEY,
WAVE DANCER HOLDINGS LLC,
CAROLYN PEDDY,
MIKKI LUCAS F/K/A MIKKI PEDDY,
CMC ENTERPRISE PARTNERS LLC,
BRIAN L. CURL,
BN&N ENTERPRISES LLC,

ROBERT HAMPSHIRE,
TWO WISCONSIN BOYS LLC,
MATHEW HAAS, and
QP ENTERPRISES, INC.,
Individually and on Behalf of All Other Similarly Situated,

    Plaintiff(s),

v.

THE QUIZNO'S FRANCHISE COMPANY LLC,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
THE QUIZNO'S MASTER LLC,
QFA ROYALTIES LLC,
QZ FINANCE LLC,
QIP HOLDER LLC,
TQSC LLC,
TQSC II LLC,
CERVANTES CAPITAL LLC,
RICHARD E. SCHADEN, and
RICHARD F. SCHADEN,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Motion to Amend Scheduling Order to Stay all Pretrial Deadlines Pending Decision on Motion to Dismiss and to Extend the Date for Initial Disclosures and Defendants' Discovery Responses [Docket No. 32; filed November 8, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED in part**. To the extent that the motion seeks to amend the Scheduling Order by extending the deadline for initial disclosures and to extend the deadline for Defendants to respond to Plaintiffs' initial written discovery requests, the motion is **granted**. To the extent that the motion seeks to stay the case pending a decision on Defendants' motion to dismiss [Docket No. 31, filed October 25, 2007], the Court **reserves its ruling.**

    IT IS FURTHER **ORDERED** that Plaintiffs shall file a response to Defendants'

request for stay on or before **November 19, 2007.**

IT IS FURTHER **ORDERED** that the Scheduling Order entered on October 24, 2007 [Docket No. 30] is amended as follows:

- **Initial Rule 26(a) Disclosures** shall be exchanged no later than **December 24, 2007**.

IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiffs' initial written discovery requests **no later than January 4, 2007,** barring further order of the Court.

Dated:   November 13, 2007