IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01717-EWN-KMT

BONNIE BRUNET,
MARTIN RIST,
JOSEPH GIVSON,
J&D QUALITY ENTERPRISES, LLC,
BRADLEY P. SHELTON,
BPS ENTERPRISES, INC.,
MICHAEL J. CAMPBELL,
PATTY CAMPBELL,
FRESH PERSPECTIVES, INC.,
THOMAS HAYWOOD,
JASON HAYWOOD,
JASON THOMAS, INC., D/B/A QUIZNOS SUB,
DANIEL S. KESSELS,
PHUONG T. NGUYEN,
GRATEFUL D, INC.,
JOHN MCCARTHY,
JONATHON SEQUEIRA,
MCJON, INC.,
JAMES M. TULLY,
KIND OF BLUE, INC.,
DAVID M. POLLOCK,
TINA POLLOCK,
NICHOLAS J. POLLOCK,
WESTHAMPTON ENTERPRISES LLC,
JOHN F. MERRY,
THOMAS E. MERRY,
MSQUARED 1, INC.,
JOHN E. VIRGILI,
UNIVERSAL FOODS, INC.,
DAVID M. RONAN,
TERRANCE M. CASEY,
WAVE DANCER HOLDINGS LLC,
CAROLYN PEDDY,
MIKKI LUCAS F/K/A MIKKI PEDDY,
CMC ENTERPRISE PARTNERS LLC,
BRIAN L. CURL,

BN&N ENTERPRISES LLC,
ROBERT HAMPSHIRE,
TWO WISCONSIN BOYS LLC,
MATHEW HAAS, and
QP ENTERPRISES, INC.,
Individually and on Behalf of All Other Similarly Situated,

    Plaintiffs.

v.

THE QUIZNO'S FRANCHISE COMPANY LLC,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
THE QUIZNO'S MASTER LLC,
QFA ROYALTIES LLC,
QZ FINANCE LLC,
QIP HOLDER LLC,
TQSC LLC,
TQSC II LLC,
CERVANTES CAPITAL LLC,
RICHARD E. SCHADEN, and
RICHARD F. SCHADEN,

    Defendants.

## ORDER

This matter is before the court on Plaintiffs' "Unopposed Motion Seeking Leave to Amend Scheduling Order" ("Motion" [Doc. No. 70, filed February 8, 2007]).

Plaintiffs, with the concurrence of Defendants, have shown good cause for requesting the modification to the Scheduling Order. This is a complex case with a large number of geographically dispersed plaintiffs and is "one of several class action lawsuits pending throughout

the United States" (Motion, p. 1) and is connected to another large class action case in this District, *Bonanno v. Quizno's*, Case No. 06-cv-02358-WYD-KLM (Motion, p. 2).

The parties have **not** requested an extension of the date within which dispositive motions must be filed. This deadline date was previously set for July 14, 2008, by Honorable Edward W. Nottingham. This court does not have authority to extend or change this deadline date. Several of the extended dates for the completion of written discovery suggested by counsel, however, fall past the July 14, 2008 date.

It is therefore ORDERED:

Plaintiffs' "Unopposed Motion Seeking Leave to Amend Scheduling Order" [Doc. No. 70, filed February 8, 2008] is GRANTED, in part.

The revised deadlines concerning discovery are as follows:

    (i)    Discovery Cut-Off as set out in Paragraph 8(b): July 14, 2008.

    (ii)    Motions for Class Certification as set out in Paragraph 8(c): April 28, 2008.

    (iii)    Expert Witness Disclosures as set out in Paragraph 8(d)(3): May 15, 2008.

    (iv)    Expert Witness Disclosures as set out in Paragraph 8(d)(4): July 14, 2008.

    (v)    Interrogatories: Served so responses will be received no later than July 14, 2008.

    (vi)    Document Requests: Served so responses will be received no later than July 14, 2008.

(vii)   Requests for Admissions: Served so responses will be received no later than July 14, 2008.

Dated this 14th day of February, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge