IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01717–EWN–KMT

BONNIE BRUNET,
MARTIN RIST,
JOSEPH GIBSON,
J&D QUALITY ENTERPRISES LLC,
BRADLEY P. SHELTON,
BPS ENTERPRISES, INC.,
MICHAEL J. CAMPBELL,
PATTY CAMPBELL,
FRESH PERSPECTIVES, INC.,
THOMAS HAYWOOD,
JASON HAYWOOD,
JASON THOMAS, INC. D/B/A QUIZNOS SUB,
DANIEL S. KESSELS,
PHUONG T. NGUYEN,
GRATEFUL D, INC.,
JOHN MCCARTHY,
JONATHON SEQUEIRA,
MCJON LLC,
JAMES M. TULLY,
KIND OF BLUE, INC.,
DAVID M. POLLOCK,
TINA POLLOCK,
NICHOLAS J. POLLOCK,
WESTHAMPTON ENTERPRISES LLC,
JOHN F. MERRY,
THOMAS E. MERRY,
MSQUARED 1, INC.,
JOHN E. VIRGILI,
UNIVERSAL FOODS, INC.,
DAVID M. RONAN,
TERRANCE M. CASEY,
WAVE DANCER HOLDINGS LLC,
CAROLYN PEDDY,
MIKKI LUCAS F/K/A MIKKI PEDDY,
CMC ENTERPRISE PARTNERS LLC,
BRIAN L. CURL,

BN&N ENTERPRISES LLC,
ROBERT HAMPSHIRE,
TWO WISCONSIN BOYS LLC,
MATHEW HAAS, and
QP ENTERPRISES, INC.,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

THE QUIZNO'S FRANCHIZE COMPANY LLC,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
THE QUIZNO'S MASTER LLC,
QFA ROYALTIES LLC,
QZ FINANCE LLC,
QIP HOLDER LLC,
TQSC LLC,
TZSC II LLC,
CERVANTES CAPITAL LLC, and
RICHARD E. SCHADEN,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed May 22, 2008. No party has objected to the recommendation. I have reviewed the recommendation with a view to deciding whether the scheduling extensions proposed therein are supported by a showing of "good cause." Fed. R. Civ. P. 16(a). They are. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Dispositive Motion Deadline is extended to November 14, 2008.

3. The deadlines in the Scheduling Order entered October 24, 2007 and modified on February 14, 2008 are extended as follows:

    Discovery cut-off deadline is extended to November 14, 2008.

    Motions for Class Certification deadline is extended to September 15, 2008.

    Expert Witness Disclosures deadline as set out in Paragraph 8(d)(3) is extended to September 15, 2008.

    Expert Witness Disclosures deadline as set out in Paragraph 8(d)(4) is extended to December 15, 2008.

    Interrogatories, Document Requests and Requests for Admissions: Served so responses will be received no later than November 14, 2008.

DATED this 28th day of May, 2008.

>                          BY THE COURT:
>
>                          s/ Edward W. Nottingham
>                          EDWARD W. NOTTINGHAM
>                          Chief United States District Judge