IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01717–EWN–KMT

BONNIE BRUNET,
MARTIN RIST,
JOSEPH GIBSON,
J&D QUALITY ENTERPRISES LLC,
BRADLEY P. SHELTON,
BPS ENTERPRISES, INC.,
MICHAEL J. CAMPBELL,
PATTY CAMPBELL,
FRESH PERSPECTIVES, INC.,
THOMAS HAYWOOD,
JASON HAYWOOD,
JASON THOMAS, INC. D/B/A QUIZNOS SUB,
DANIEL S. KESSELS,
PHUONG T. NGUYEN,
GRATEFUL D, INC.,
JOHN MCCARTHY,
JONATHON SEQUEIRA,
MCJON LLC,
JAMES M. TULLY,
KIND OF BLUE, INC.,
DAVID M. POLLOCK,
TINA POLLOCK,
NICHOLAS J. POLLOCK,
WESTHAMPTON ENTERPRISES LLC,
JOHN F. MERRY,
THOMAS E. MERRY,
MSQUARED 1, INC.,
JOHN E. VIRGILI,
UNIVERSAL FOODS, INC.,
DAVID M. RONAN,
TERRANCE M. CASEY,
WAVE DANCER HOLDINGS LLC,
CAROLYN PEDDY,
MIKKI LUCAS F/K/A MIKKI PEDDY,
CMC ENTERPRISE PARTNERS LLC,
BRIAN L. CURL,

BN&N ENTERPRISES LLC,
ROBERT HAMPSHIRE,
TWO WISCONSIN BOYS LLC,
MATHEW HAAS, and
QP ENTERPRISES, INC.,
Individually and on Behalf of All Others Similarly Situated,

  Plaintiffs,

v.

THE QUIZNO'S FRANCHIZE COMPANY LLC,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
THE QUIZNO'S MASTER LLC,
QFA ROYALTIES LLC,
QZ FINANCE LLC,
QIP HOLDER LLC,
TQSC LLC,
TZSC II LLC,
CERVANTES CAPITAL LLC, and
RICHARD E. SCHADEN,

  Defendants.

_____

## ORDER AND MEMORANDUM OF DECISION
_____

  This is a putative nationwide class action lawsuit in which the above-captioned Plaintiffs, Quizno's restaurant franchisees, allege the above-captioned Defendants, companies affiliated with the Quizno's restaurant franchise system, fraudulently induced them into purchasing Quizno's franchises and operated the Quizno's franchise system in such a manner as to extract unlawful profits from Plaintiffs. This matter comes before the court on Defendants' "Motion to Dismiss Complaint," filed October 25, 2007, and "Plaintiffs' Unopposed Motion Requesting

Oral Argument on Motion to Dismiss," filed December 6, 2007. Jurisdiction is purportedly proper pursuant to the existence of a federal question under 28 U.S.C. § 1331, and satisfaction of the prerequisites for diversity jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2).

On September 16, 2008, Magistrate Judge Kathleen M. Tafoya granted Plaintiffs' unopposed motion for leave to file an amended complaint, and accepted Plaintiffs' proffered amended complaint for filing as of the date of her order. (*See* Minute Order [filed Sep. 16, 2008].) Accordingly, Defendants' motion to dismiss is directed at an inoperative pleading and Plaintiffs' motion requesting oral argument on this motion is moot. *See, e.g.*, *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15[a] supersedes the pleading it modifies . . . ." [citation and internal quotation marks omitted]).

Based on the foregoing, it is therefore ORDERED that:

1. DEFENDANTS' motion to dismiss (#31) is DENIED as MOOT; and
2. PLAINTIFFS' unopposed motion requesting oral argument (#57) is DENIED as MOOT.

Dated this 24th day of September, 2008.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        Chief United States District Judge