IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01717-EWN-KMT

BONNIE BRUNET,
MARTIN RIST,
JOSEPH GIVSON,
J&D QUALITY ENTERPRISES, LLC,
BRADLEY P. SHELTON,
BPS ENTERPRISES, INC.,
MICHAEL J. CAMPBELL,
PATTY CAMPBELL,
FRESH PERSPECTIVES, INC.,
THOMAS HAYWOOD,
JASON HAYWOOD,
JASON THOMAS, INC., D/B/A QUIZNOS SUB,
DANIEL S. KESSELS,
PHUONG T. NGUYEN,
GRATEFUL D, INC.,
JOHN MCCARTHY,
JONATHON SEQUEIRA,
MCJON, INC.,
JAMES M. TULLY,
KIND OF BLUE, INC.,
DAVID M. POLLOCK,
TINA POLLOCK,
NICHOLAS J. POLLOCK,
WESTHAMPTON ENTERPRISES LLC,
JOHN F. MERRY,
THOMAS E. MERRY,
MSQUARED 1, INC.,
JOHN E. VIRGILI,
UNIVERSAL FOODS, INC.,
DAVID M. RONAN,
TERRANCE M. CASEY,
WAVE DANCER HOLDINGS LLC,
CAROLYN PEDDY,
MIKKI LUCAS F/K/A MIKKI PEDDY,
CMC ENTERPRISE PARTNERS LLC,
BRIAN L. CURL,

BN&N ENTERPRISES LLC,
ROBERT HAMPSHIRE,
TWO WISCONSIN BOYS LLC,
MATHEW HAAS, and
QP ENTERPRISES, INC.,
Individually and on Behalf of All Other Similarly Situated,

    Plaintiffs.

v.

THE QUIZNO'S FRANCHISE COMPANY LLC,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
THE QUIZNO'S MASTER LLC,
QFA ROYALTIES LLC,
QZ FINANCE LLC,
QIP HOLDER LLC,
TQSC LLC,
TQSC II LLC,
CERVANTES CAPITAL LLC,
RICHARD E. SCHADEN, and
RICHARD F. SCHADEN,

    Defendants.

---

## ORDER

---

This matter is before the court pursuant to a letter filed by the plaintiffs on September 2, 2008. [Doc. No. 107]. The court will construe this letter as a request to reactivate Defendants' "Motion for Protective Order" ("Mot." [Doc. No. 67, filed February 1, 2008]), Plaintiffs' brief in

opposition to that motion filed February 22, 2008 [Doc. No. 74], and Defendants' reply filed March 10, 2008 [Doc. No. 78].

The defendants' original motion was referred to this court for ruling by Chief Judge Edward Nottingham on February 1, 2008. [Doc. No. 68]. The defendants' motion was denied without prejudice [Doc. No. 103] on July 30, 2008 to allow the parties to pursue nationwide mediation of their disputes. The court has now been advised that the multi-day mediation was unsuccessful. Further, Defendants have indicated they agree that their Motion, together with the response and the reply as referenced herein, be reactivated. [Doc. No. 119].

Therefore, it is **ORDERED**

Defendants' "Motion for Protective Order" [Doc. No. 67], "Plaintiffs' Brief in Opposition to Defendants' Motion for a Protective Order" [Doc. No. 74], and Defendants' "Reply in Support of Motion for Entry of Protective Order" [Doc. No. 78] **are reactivated** and will be shown as pending for review **as of September 24, 2008.**

Dated this 24th day of September, 2008.

                                      BY THE COURT:

                                      Kathleen M. Tafoya
                                      United States Magistrate Judge