IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01717–EWN–KMT

BONNIE BRUNET,
MARTIN RIST,
JOSEPH GIBSON,
J&D QUALITY ENTERPRISES LLC,
BRADLEY P. SHELTON,
BPS ENTERPRISES, INC.,
MICHAEL J. CAMPBELL,
PATTY CAMPBELL,
FRESH PERSPECTIVES, INC.,
THOMAS HAYWOOD,
JASON HAYWOOD,
JASON THOMAS, INC. D/B/A QUIZNOS SUB,
DANIEL S. KESSELS,
PHUONG T. NGUYEN,
GRATEFUL D, INC.,
JOHN MCCARTHY,
JONATHON SEQUEIRA,
MCJON LLC,
JAMES M. TULLY,
KIND OF BLUE, INC.,
DAVID M. POLLOCK,
TINA POLLOCK,
NICHOLAS J. POLLOCK,
WESTHAMPTON ENTERPRISES LLC,
JOHN F. MERRY,
THOMAS E. MERRY,
MSQUARED 1, INC.,
JOHN E. VIRGILI,
UNIVERSAL FOODS, INC.,
DAVID M. RONAN,
TERRANCE M. CASEY,
WAVE DANCER HOLDINGS LLC,
CAROLYN PEDDY,
MIKKI LUCAS F/K/A MIKKI PEDDY,
CMC ENTERPRISE PARTNERS LLC,
BRIAN L. CURL,

BN&N ENTERPRISES LLC,
ROBERT HAMPSHIRE,
TWO WISCONSIN BOYS LLC,
MATHEW HAAS, and
QP ENTERPRISES, INC.,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY LLC, f/k/a
THE QUIZNO'S CORPORATION,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
QFA ROYALTIES LLC,
THE QUIZNO'S MASTER LLC,
QZ FINANCE LLC,
QIP HOLDER LLC,
TQSC II LLC f/k/a TQSC LLC,
QCE HOLDING LLC,
QCE INCENTIVE LLC,
QCE FINANCE LLC,
QCE LLC,
AMERICAN FOOD DISTRIBUTORS LLC,
SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL
RESTAURANT SUPPLY DISTRIBUTION LLC,
S&S EQUIPMENT COMPANY LLC,
BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC,
CHAIN MANAGEMENT SYSTEMS LLC,
KINETIC SOURCING SOLUTIONS LLC f/k/a U.S.
FULFILLMENT LLC,
CONTINENTAL LENDING GROUP LLC,
CLG LEASING LLC,
QAFT, INC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
PATRICK E. MEYERS,
STEVEN B. SHAFFER,
THE CERVANTES HOLDING COMPANY,
CERVANTES CAPITAL LLC,

CERVANTES MASTER LLC, and
QUIZNOS FINANCE LLC,

      Defendants.

---

# ORDER REGARDING DISPOSITIVE MOTION DEADLINE
### (October 1, 2008)

---

This matter is before the court on the "Joint Motion to Extend Dispositive Motions Deadline" (filed September 15, 2008). The United States magistrate judge assigned to manage the case has recommended that the motion be granted. The motion is agreed to by all parties. Since the motion effectively requests a change in the scheduling order heretofore entered under Fed. R. Civ. P. 16(b), the proposed amendment must be supported by an assertion and showing of "good cause." *See* Fed. R. Civ. P. 16(b). Here, the motion is based on the circumstance that the case is complicated in nature and a substantial amount of time has been eliminated from the discovery process to pursue mediation for a nationwide resolution. I find and conclude that this constitutes the required showing of good cause. Accordingly, it is

    **ORDERED** as follows:

    1.    The magistrate judge's recommendation is ACCEPTED.

    2.    The referenced motion is GRANTED.

    3.    **<u>The final deadline for filing all dispositive motions in this case is</u>:**

                      **June 30, 2009.**

Dated this 1st day of October, 2008.

                                    BY THE COURT:

                                    <u>s/ Edward W. Nottingham</u>
                                    EDWARD W. NOTTINGHAM
                                    Chief United States District Judge