IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Philip A. Brimmer, Judge**

Civil Action No. 07-cv-1717-PAB-KMT

BONNIE BRUNET et al.,

    Plaintiffs,

v.

QP ENTERPRISES, INC. et al.,

    Defendants.

---

# ORDER

This matter comes before the court on the Joint Motion Seeking Briefing Schedule on Defendants' Motion to Dismiss and Vacating and Resetting Schedule on Motion for Class Certification (docket #133). Defendants filed their Motion to Dismiss Amended Complaint on October 15, 2008. Pursuant to D.C.COLO.LCivR 7.1(c), Plaintiffs' response is due on November 4, 2008. The class certification briefing schedule was set through a Minute Order (docket #127) entered by Magistrate Judge Kathleen M. Tafoya on October 3, 2008. The court being advised of the premises, it is

**ORDERED** as follows:

    1.    Plaintiffs' deadline for filing their response to the Motion to Dismiss (docket #132) is extended to December 22, 2008;

    2.    Defendants may file a reply on or before January 30, 2009;

3. The schedule on the Motion for Class Certification set forth in the Court's October 3, 2008 Order (docket #127) is modified as follows:

    a. Plaintiffs' Deadline to File Motion for Class Certification: January 5, 2009;

    b. Defendants' Deadline to Respond to Motion for Class Certification: March 1, 2009;

    c. Plaintiffs' Deadline for Reply on Class Certification: May 1, 2009.

Dated this 3rd day of November, 2008.

BY THE COURT:

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge