IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1717-PAB-KMT

BONNIE BRUNET, et al.,

    Plaintiffs,

v.

QP ENTERPRISES, INC. et al.,

    Defendants.

---

# ORDER

---

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on Plaintiffs' Unopposed Motion Seeking Leave to File Oversized Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint. It is

    ORDERED that the motion [Docket No. 165] is GRANTED. Plaintiffs are granted leave to file a response to defendants' Motion to Dismiss Amended Complaint [Docket No. 132] not to exceed 60 pages. The Response shall comply in all other respects with the Practice Standards of this Court.

    DATED December 11, 2008.