IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01717-PAB-KMT

BONNIE BRUNET, et al.,

 Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.,

 Defendants.

---

**ORDER**

---

This matter comes before the Court on the Joint Motion Seeking Revised Briefing Schedule on Motion for Class Certification and Vacating and Resetting Schedule for Expert Disclosures [Docket No. 164]. The parties seek to modify deadlines established by the Court's November 3, 2008, order [Docket No. 139] and by Magistrate Judge Kathleen M. Tafoya's October 3, 2008, minute order [Docket No. 127]. As a result of the requested modifications, additional deadlines will be modified as well. It is

**ORDERED** that the joint motion seeking revisions in pretrial schedules [Docket No. 164] is GRANTED. The schedule is modified as follows:

1. Class Certification:

 a. Plaintiffs' deadline to file a motion for class certification: **February 9, 2009**;

 b. Defendants' deadline to respond to any motion for class certification: **April 10, 2009**;

c.  Plaintiffs' deadline for reply on class certification: **June 12, 2009**;

2. The schedule for disclosure of parties' expert witnesses as amended and set forth in Magistrate Judge Kathleen M. Tafoya's October 3, 2008, minute order [Docket No. 127] is modified as follows:

   a.  Parties' deadline to disclose expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2): **September 10, 2009**;

   b.  Parties' deadline to disclose rebuttal witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2): **November 9, 2009**;

3. The discovery deadline as amended and set forth in Magistrate Judge Kathleen M. Tafoya's October 3, 2008, minute order [Docket No. 127] is extended to: **December 9, 2009**;

4. The dispositive motion deadline as amended and set forth in the Court's October 1, 2008, order [Docket No. 125] is extended to: **January 8, 2010**.

It is further **ORDERED** that the Joint Motion to Amend the Scheduling Order [Docket No. 113] and defendants' Motion to Amend the Scheduling Order to Stay All Pretrial Deadlines [Docket No. 129] are DENIED as moot.

It is further **ORDERED** that the parties are advised that no further extensions of these deadlines will be granted except upon a showing of exceptional circumstances.

DATED December 18, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge