# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01717-PAB-KMT

BONNIE BRUNET, et al.,

      Plaintiffs

VS.

THE QUIZNOS FRANCHISE
COMPANY LLC, et al.

      Defendants

---

## STIPULATED ORDER REGARDING APPLICATION OF PROTECTIVE ORDER TO DOCUMENTS PRODUCED BY THIRD-PARTIES THE SYGMA NETWORK, INC. AND INTERNATIONAL FOOD GROUP, INC.

The Court, for good cause and pursuant to the stipulation of all parties to this action and of third-parties The SYGMA Network, Inc. ("SYGMA") and International Food Group, Inc. ("IFG"), ORDERS:

      1.    As modified herein, the Interim Protective Order entered by the Court in this matter on July 25, 2008 (the "Protective Order") shall apply to all Confidential Information (as defined in the Protective Order) produced by SYGMA and IFG, and be enforceable by and against SYGMA and IFG, as if SYGMA and IFG had satisfied the conditions to such application set forth in the second paragraph of the Protective Order;

      2.    With respect to all Confidential Information produced by SYGMA or IFG, the Protective Order shall be modified as follows:

      a.    Except as may be subsequently ordered by this Court, no party or other person bound by the Protective Order may share Confidential Information with an "other person" as provided by paragraph 10.a.v or paragraph 10.b.vi of the Protective Order unless that party first obtains the prior written consent of the producing Third Party, SYGMA or IFG, as the case may be, to such disclosure; and

      b.    In no other respect may any party or other person bound by the Protective Order modify, waive, limit, or alter any protection or restriction on disclosure in the Protective Order as it relates to any Confidential Information produced by SYGMA or IFG without the express written consent of the producing Third Party, SYGMA or IFG, as the case may be.

DATED this 20th day of February, 2009

                                      **BY THE COURT:**

                                      _/s/ Kathleen M. Tafoya_____

                                      Kathleen M. Tafoya

                                      United States Magistrate Judge


APPROVED AS TO FORM:

| By: *s/ Brian T. Moore* | By: *s/ Michael Fischer* |
|---|---|
| Brian T. Moore | Joseph S. Goode |
| JESTER & GIBSON, LLP | Mark M. Leitner |
| 1875 Lawrence Street, Ste. 740 | Michael Fischer |
| Denver, CO 80202 | KRAVIT, HOVEL & KRAWCZYK, S.C. |
| Tel: (303) 339-4779 | 825 N. Jefferson Street, Suite 500 |
| Fax: (303) 377-7075 | Milwaukee, WI 53202 |
| *Attorney for Non-Parties* | Tel: (414) 271-7100 |
| *The SYGMA Network, Inc. and* | Fax: (414) 271-8135 |
| *International Food Group, Inc.* | *Attorneys for Plaintiffs* |

                                      By: *s/ Leonard H. MacPhee*
                                          Leonard H. MacPhee
                                          PERKINS COIE, LLP
                                          1899 Wynkoop Street, Suite 700
                                          Denver, CO 80202
                                          Tel: (303) 291-2300
                                          Fax: (303) 291-2400
                                          *Attorneys for Defendants*