IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01717-PAB-KMT

BONNIE BRUNET, et al.,

    Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.,

    Defendants.

## ORDER

    On May 12, 2009, the parties filed a joint motion to stay this case pending the outcome of an appeal in a related case [Docket No. 248]. On May 18, 2009, the parties responded to the Court's Order seeking the parties' positions regarding administratively closing the case [Docket Nos. 249, 251].

    In light of the parties' response, their underlying motion to stay, and the relevant considerations of justice and efficiency, I find that a stay of the proceedings is appropriate.

    Accordingly, it is

    **ORDERED** that the parties' joint motion to stay the case [Docket No. 248] is GRANTED. The case shall be stayed and all current deadlines and settings shall be vacated. It is further

    **ORDERED** that all pending motions in this case, including defendants' motion to dismiss [Docket No. 132]; plaintiffs' motion to exclude evidence [Docket No. 183];

plaintiffs' motion to certify class [Docket No. 210]; and plaintiffs' motion for sanctions [Docket No. 229] are DENIED without prejudice.  The stay may be removed at any time upon motion to the Court.  If and when the stay is removed, the parties will have leave to re-file their motions, incorporating any intervening developments.  It is further

**ORDERED** that the parties shall a file status report with the Court on July 1, 2009 and every 30 days thereafter informing the Court of the status of the case and any significant developments.

DATED May 22, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge