IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01717-PAB-KMT

BONNIE BRUNET, et al.,

Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on the parties' "Joint Unopposed Motion Seeking Dismissal" [Docket No. 273]. The parties "request that this Court, pursuant to Fed. R. Civ. P. 41(1)(2), hereby dismiss this action, with prejudice." The stipulated motion, however, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Therefore, the case was dismissed with prejudice as of the entry of the parties' joint motion seeking dismissal with prejudice. No Court order is necessary.

DATED August 24, 2010.